# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 15-51066
Summary Calendar

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JESUS ALBERTO DOMINGUEZ,

Defendant-Appellant

————

Appeals from the United States District Court
for the Western District of Texas
USDC No. 3:98-CR-1438-2

————

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2016

Lyle W. Cayce
Clerk

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges,

PER CURIAM:[*]

The attorney appointed to represent Jesus Alberto Dominguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dominguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-51066

appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.